**Fill in this information to identify the case:**

Debtor name: CFW Resources LLC

United States Bankruptcy Court for the: District of Colorado (State)

Case number (If known): 19-17634

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................... $ 4,086,168.00*

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................... $ 12,566.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................... $ 4,098,734.00

   *Value based on NPV10%@$55.00 per barrel.

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............. $ 14,300,715.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................. $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................. + $ UNKNOWN

4. **Total liabilities**....................................................................................... $ 14,300,715.00
   Lines 2 + 3a + 3b                                                                                    Plus Unknown

**Fill in this information to identify the case:**

Debtor name: CFW Resources LLC

United States Bankruptcy Court for the: _____ District of Colorado
(State)

Case number (If known): 19-17634

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

2. **Cash on hand** — $0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Wells Fargo Bank, NA | Revenue Account | 3 4 2 3 | $12,566.00 |
   | 3.2. _____ | _____ | ____ ____ ____ ____ | $_____ |

4. **Other cash equivalents** *(Identify all)*
   4.1. _____ — $0.00
   4.2. _____ — $_____

5. **Total of Part 1** — $12,566.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   7.1. _____ — $0.00
   7.2. _____ — $_____

Official Form 206A/B                Schedule A/B: Assets — Real and Personal Property                page 1

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment
   8.1._____    $_____0.00
   8.2._____    $_____

9. **Total of Part 2.**                                                    $_____0.00
   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☒ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

                                                                           **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ....➔   $_____0.00
                                 face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ – _____ = ....➔   $_____0.00
                                 face amount        doubtful or uncollectible accounts

12. **Total of Part 3**                                                    $_____0.00
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**
    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                 **Valuation method used for current value**   **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:
    14.1. _____    _____    $_____0.00
    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:
    15.1._____    _____%    _____    $_____0.00
    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:
    16.1._____    _____    $_____0.00
    16.2._____    _____    $_____

17. **Total of Part 4**                                                    $_____0.00
    Add lines 14 through 16. Copy the total to line 83.

Debtor CFW Resources LLC Case number *(if known)* 19-17634
 Name

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**
    _____ MM / DD / YYYY $_____ _____ $_____ 0.00

20. **Work in progress**
    _____ MM / DD / YYYY $_____ _____ $_____ 0.00

21. **Finished goods, including goods held for resale**
    _____ MM / DD / YYYY $_____ _____ $_____ 0.00

22. **Other inventory or supplies**
    _____ MM / DD / YYYY $_____ _____ $_____ 0.00

23. **Total of Part 5** $_____ 0.00
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**
    _____ $_____ _____ $_____ 0.00

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish
    _____ $_____ _____ $_____ 0.00

30. **Farm machinery and equipment** (Other than titled motor vehicles)
    _____ $_____ _____ $_____ 0.00

31. **Farm and fishing supplies, chemicals, and feed**
    _____ $_____ _____ $_____ 0.00

32. **Other farming and fishing-related property not already listed in Part 6**
    _____ $_____ _____ $_____ 0.00

Debtor ___CFW Resources LLC_____ Case number *(if known)* _19-17634_____
       Name

33. **Total of Part 6.**                                                                                                                 $_____ 0.00

    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
   - ❏ No
   - ❏ Yes. Is any of the debtor's property stored at the cooperative?
     - ❏ No
     - ❏ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   - ❏ No
   - ❏ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   - ❏ No
   - ❏ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   - ❏ No
   - ❏ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   - ☑ No. Go to Part 8.
   - ❏ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> _____ | $_____ | _____ | $_____ 0.00 |
| 40. **Office fixtures** <br> _____ | $_____ | _____ | $_____ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> _____ | $_____ | _____ | $_____ 0.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ 0.00 |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**                                                                  $_____ 0.00

    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   - ❏ No
   - ❏ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   - ❏ No
   - ❏ Yes

Official Form 206A/B                            Schedule A/B: Assets — Real and Personal Property                         page **4**

Debtor     CFW Resources LLC_____     Case number *(if known)* 19-17634_____
            Name

# Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ 0.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ 0.00 |
| 48.2 _____ | $_____ | _____ | $_____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ 0.00 |
| 49.2 _____ | $_____ | _____ | $_____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____    $_____    _____    $_____ 0.00

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.            $_____ 0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  CFW Resources LLC  
Name

Case number (*if known*) 19-17634

## Part 9: Real property

**54. Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Mineral and Royalty Interests in wells and leases | Mineral, Royalty Interests | $ N/A | NPV10% at $55.00 per barrel | $ 4,086,168.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 4,086,168.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**
- ☑ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ | | $ 0.00 |
| 61. Internet domain names and websites | $ | | $ 0.00 |
| 62. Licenses, franchises, and royalties | $ | | $ 0.00 |
| 63. Customer lists, mailing lists, or other compilations | $ | | $ 0.00 |
| 64. Other intangibles, or intellectual property | $ | | $ 0.00 |
| 65. Goodwill | $ | | $ 0.00 |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor ___CFW Resources LLC_____   Case number (*if known*)__19-17634_____
       Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ☐ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☐ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☑ No. Go to Part 12.
    - ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    _____   _____ − _____ = →   $_____ 0.00
                                                                Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____   Tax year _____   $_____ 0.00
    _____   Tax year _____   $_____
    _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
    _____
                                                                                                                                                                   $_____ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    _____
                                                                                                                                                                   $_____ 0.00

    **Nature of claim**       _____
    **Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____
                                                                                                                                                                   $_____ 0.00

    **Nature of claim**       _____
    **Amount requested**    $_____

76. **Trusts, equitable or future interests in property**
    _____
                                                                                                                                                                   $_____ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    _____   $_____ 0.00
    _____   $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.            $_____ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

Debtor  CFW Resources LLC  
Name

Case number *(if known)* 19-17634

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 12,566.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* → | | $ 4,086,168.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $ 12,566.00 | 91b. $ 4,086,168.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................... $ 4,098,734.00

**Fill in this information to identify the case:**

Debtor name: **CFW Resources LLC**

United States Bankruptcy Court for the: District of **Colorado** (State)

Case number (If known): **19-17634**

Official Form 206D

☐ Check if this is an amended filing

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
- ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
- ☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.**
If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of Claim<br>Do not deduct the value | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**<br>**s271** | **Creditor's name**<br>**5NR WATTENBERG, LLC**<br><br>**Creditor's Mailing Address**<br>ATTN: JOE DRYSDALE<br>16400 NORTH DALLAS PARKWAY<br>SUITE 400<br>DALLAS, TX  75248-2643<br><br>**Creditor's email address, if known**<br>jdrysdale@fifthpartners.com<br><br>**Date debt was incurred**<br>2/1/2018<br><br>**Last 4 digts of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Have you already specified the relative priority?<br>  ☑ No. Specify each creditor, including this creditor and its relative priority.<br>    5NR Wattenburg LLC and Providence Wattenburg LP have equal priority<br>  ☐ Yes. The relative priority of creditors is specified on lines ____ | **Describe debtor's property that is subject to a lien**<br>Guarantor of PetroShare Secured Loan<br><br>**Describe the lien**<br>GUARANTEE<br><br>**Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No.<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $14,300,715.00 | $4,098,734.00 |

Official Form 206D      Schedule D: Creditors Who Have Claims Secured by Property      page 1 of 4

| Debtor | CFW Resources LLC | | 19-17634 |
|---|---|---|---|
| | Name | | Case Number (if known) |

**Part 1:**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | Column A<br>**Amount of Claim**<br>Do not deduct the value | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.2<br>s270 | **Creditor's name**<br>PROVIDENCE WATTENBERG, LP | **Describe debtor's property that is subject to a lien**<br>Guarantor of PetroShare Secured Loan; and UCC #20182018257 secured by All assets of the Debtor, wherever located, and whether now owned or hereafter acquired, including all proceeds thereof. | $14,300,715.00 | $4,098,734.00 |
| | **Creditor's Mailing Address**<br>ATTN: LUKE ALLEN<br>16400 NORTH DALLAS PARKWAY<br>SUITE 400<br>DALLAS, TX  75248-2643 | | | |
| | **Creditor's email address, if known**<br>lallen@providence-energy.com | **Describe the lien**<br>GUARANTEE | | |
| | **Date debt was incurred**<br>2/1/2018 | | | |
| | **Last 4 digts of account number** | **Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes<br>**Is anyone else liable on this claim?**<br>☐ No.<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor and its relative priority.<br>  ☑ Yes. The relative priority of creditors is specified on lines 2.1 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |

Official Form 206D  Schedule D: Creditors Who Have Claims Secured by Property  page 2 of 4

| Debtor | CFW Resources LLC | | 19-17634 |
|---|---|---|---|
| | Name | | Case Number (if known) |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digts of account number for this entity |
|---|---|---|
| **BEATTY & WOZNIAK, P.C.**<br>**TYLER WEIDLICH**<br>**216 SIXTEENTH STREET, SUITE 1100**<br>**DENVER, CO 80202-5115** | s271 | |
| **MUNSCH HARDT KOPF & HART, P.C.**<br>**JOHN D. CORNWELL**<br>**CHRISTOPHER D. JOHNSON**<br>**700 MILAM STREET, SUITE 2700**<br>**HOUSTON, TX 77002-2730** | s271 | |

Official Form 206D     Schedule D: Creditors Who Have Claims Secured by Property     page 3 of 4

Debtor  **CFW Resources LLC** _____ **19-17634** _____
          Name                                                          Case Number (if known)

## Part 3: Total Amounts of the Claims Secured by Property

| | Total of Claim Amounts |
|---|---|
| **3a. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     3a. | $14,300,715.00 |

**Fill in this information to identify the case:**

Debtor name: **CFW Resources LLC**

United States Bankruptcy Court for the: District of **Colorado** (State)

Case number (If known): **19-17634**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**

☑ No. Go to Part 2
☐ Yes

**Total Claim**     **Priority Amount**

**2.** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 1 of 4

**CFW Resources LLC**
Debtor Name

**19-17634**
Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|

s44   PROVIDENCE WATTENBERG, LLC
C/O BEATTY & WOZNIACK, P C
ATTN: TYLER L WEIDLICH
216 SIXTEENTH STREET, SUITE 1100
DENVER, CO  80202-5115

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**   LITIGATION

**Last 4 digts of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| CFW Resources LLC | 19-17634 |
|---|---|
| Debtor Name | Case Number (if known) |

## Part 3: List Others to Be Notified About Unsecured Claims

List in alphabetical order any others who must be notified for claims already listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 or Part 2 did you enter the related creditor? | Last 4 digts of account number for this entity |
|---|---|---|
| | | |

| CFW Resources LLC | 19-17634 |
|---|---|
| Debtor Name | Case Number (if known) |

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of Claim Amounts |
|---|---|---|
| 5a. Total Claims from Part 1 | 5a. | $0.00 |
| 5b. Total Claims from Part 2 | 5b. + | $0.00 PLUS UNKNOWN |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $0.00 PLUS UNKNOWN |

| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor name | CFW Resources LLC | | |
| United States Bankruptcy Court for the: | | District of | Colorado |
| | | | (State of) |
| Case Number (if known): | 19-17634 | Chapter | 11 |

☐ Check if this is an amended filing

## Official Form 206G
### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page.

1. Does the debtor have any executory contracts or unexpired leases

☑ No. Check this box and file this form with the court with the debtor's other schedules.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Lease    Page 1 of 1

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | CFW Resources LLC | |
| United States Bankruptcy Court for the: | | District of Colorado (State of) |
| Case Number (if known): 19-17634 | | Chapter 11 |

☐ Check if this is an amended filing

# Official Form 206H
## SCHEDULE H - CODEBTORS

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Do you have any codebtors?**

   ☐ No   Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor Name and Mailing Address | Column 2: Creditor Name | Check all schedules that apply: |
|---|---|---|---|
| 2.1 | PETROSHARE CORP<br>9635 MAROON CIR STE 400<br>ENGLEWOOD, CO  80112-6149 | 5NR WATTENBURG, LLC | ☑ D (s271)<br>☐ E/F<br>☐ G |
| 2.2 | PETROSHARE CORP<br>9635 MAROON CIR STE 400<br>ENGLEWOOD, CO  80112-6149 | PROVIDENCE WATTENBURG, LP | ☑ D (s270)<br>☐ E/F<br>☐ G |

Official Form 206H             Schedule H: Codebtors             Page 1 of 1

Fill in this information to identify the case and this filing:

Debtor Name: CFW Resources LLC

United States Bankruptcy Court for the: _____ District of Colorado (State)

Case number (If known): 19-17634

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09 / 20 / 2019     X _____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

Paul D. Maniscalco
Printed name

Chief Financial Officer
Position or relationship to debtor

Official Form 202     Declaration Under Penalty of Perjury for Non-Individual Debtors