**DEBTOR(S):** CFW Resources, LLC

**CASE NUMBER:** 19-17634

**MONTHLY OPERATING REPORT**
**CHAPTER 11**

## Form 2-A
## COVER SHEET

For Period End Date: 12/31/2019

**Accounting Method:** [X] Accrual Basis  [ ] Cash Basis

### THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each Required Document:

Debtor must attach each of the following documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [X] | [ ] | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| [X] | [ ] | 2. Balance Sheet (Form 2-C) |
| [X] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [X] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [X] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [X] | [ ] | 6. Narrative (Form 2-G) |
| [X] | [ ] | 7. Bank Statements for All Bank Accounts *(Redact all but last 4 digits of account number and remove check images)* |
| [X] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |
| [X] | [ ] | 9. Evidence of insurance for all policies renewed or replaced during month |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: 01/21/20

**Print Name:** Paul D. Maniscalco

**Signature:** /s/

**Title:** Chief Financial Officer

Rev. 01/01/2018

**DEBTOR(S)** CFW Resources, LLC                    **CASE NO:** 19-17634

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 12/1/2019 to 12/31/2019

**CASH FLOW SUMMARY**

| | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 26,721 (1) | $ 26,721 (1) |
| 2. Cash Receipts | | |
|    Operations **(a)** | 61,894 | 61,894 |
|    Sale of Assets | - | - |
|    Loans/advances | - | - |
|    Collection of AR | 103,635 | 103,365 |
|    Total Cash Receipts | $ 165,529 | $ 165,259 |
| 3. Cash Disbursements | | |
|    Operations | - | - |
|    Debt Service/Secured loan payment | - | - |
|    Professional fees/U.S. Trustee fees | - | - |
|    Professional fees paid from retainer (e.g. COLTAF accts) **(b)** | - | - |
|    Other | - | - |
|    Total Cash Disbursements | $ - | $ - |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 165,529 | 165,529 |
| 5 Ending Cash Balance (to Form 2-C) | $ 192,250 (2) | $ 192250 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| DIP - CHECKING - 3423 | Wells Fargo | $ 192,249 |
| DIP Operating Account | | 0 |
| DIP State Tax Account | | 0 |
| DIP Payroll Account | | 0 |
| Other Operating Account | | 0 |
| Retainers held by professionals (i.e. COLTAF) | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 192249 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case and retainers. Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

**Footnotes** Rev. 01/01/2018

**(a)** Of total receipts for the month ended December 31,2019 $103,635 represents of previously outstanding accounts receivble $61,894 represents revenue that has been recorded in the PL.

**(b)** Whereas All deposits and prepaids have been paid and recorded on the books of PetroShare Corp. and whereas the cases (PetroShare Corp and CFW Resources are jointly administered) value here is appropriately $0.

**DEBTOR(S):** CFW Resources, LLC  **CASE NO:** 19-17634

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 12/1/2019 to 12/31/2019

**CASH RECEIPTS DETAIL**  **Account No:** 1995813423
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 12/2/2019 | VERDAD RESO PDC | REVENUE | 6,719.33 |
| 12/2/2019 | VERDAD RESOURCES | REVENUE | 61.01 |
| 12/10/2019 | PSC (GWOC) | REVENUE and Collection of AR | 151,903.32 |
| 12/30/2019 | PDC | REVENUE | 6,845.09 |
| | | **Total Cash Receipts** | $ 165,528.75 (1) |

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Rev. 01/01/2018

| | | |
|---|---|---|
| **AR OS at 11.30.2019** | 103,635 | |
| **12.31.2019** | 61,893.75 | Revenue and or revenue suspense |
| **Total Cash Receipts** | 165,529 | (ties to above) |

**DEBTOR(S):** CFW Resources, LLC  **CASE NO:** 19-17634

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 12/1/2019 to 12/31/2019

**CASH DISBURSEMENTS DETAIL**  **Account No:** #
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|-----------------------|--------|
|      |           |       |                       | $      |

Total Cash Disbursements  $ 0 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*    Rev. 01/01/2018

DEBTOR(S): CFW Resources, LLC  CASE NO: 19-17634

# Form 2-C
## COMPARATIVE BALANCE SHEET
For Period Ended: 12/31/2019

| | Current Month | Petition Date (1) |
|---|---:|---:|
| Cash (from Form 2-B, line 5) | $ 192,250 | $ 12,429 |
| Accounts Receivable (from Form 2-E) | - | 103,635 |
| Receivable from Officers, Employees, Affiliates | - | - |
| Inventory | - | - |
| Other Current Assets :(List)  Intercompany | 363,053 | 397,032 |
| | - | - |
| **Total Current Assets** | **$ 555,303** | **$ 513,096** |
| Fixed Assets: | | |
| Land | $ - | $ - |
| Building | - | - |
| Equipment, Furniture and Fixtures | - | - |
| Total Fixed Assets | - | - |
| Less: Accumulated Depreciation | ( - ) | ( - ) |
| Net Fixed Assets | $ - | $ - |
| Other Assets (List): | - | - |
| | - | - |
| **TOTAL ASSETS** | **$ 555,303** | **$ 513,096** |
| | | |
| Post-petition Accounts Payable (from Form 2-E) | $ - | $ - |
| Post-petition Accrued Professional Fees (from Form 2-E) | - | - |
| Post-petition Taxes Payable (from Form 2-E) | - | - |
| Post-petition Notes Payable | - | - |
| Other Post-petition Payable(List): Revenue to be allocated | - | - |
| | - | - |
| **Total Post Petition Liabilities** | **$ -** | **$ -** |
| Pre Petition Liabilities: | | |
| Secured Debt **(a)** | 14,300,715 | 14,300,715 |
| Priority Debt | - | - |
| Unsecured Debt | - | 8,474 |
| **Total Pre Petition Liabilities** | **$ 14,300,715** | **$ 14,309,189** |
| **TOTAL LIABILITIES** | **$ 14,300,715** | **$ 14,309,189** |
| | | |
| Owner's/Stockholder's Equity | $ - | $ - |
| Retained Earnings - Prepetition | (13,796,093) | (13,796,093) |
| Retained Earnings - Post-petition | 50,681 | - |
| **TOTAL OWNERS' EQUITY** | **$ (13,745,412)** | **$ (13,796,093)** |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **$ 555,303** | **$ 513,096** |
| | - | |

1) *Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Rev. 01/01/2018

Footnotes

a) This amount represents the outstanding balance of the Sr. Secured Credit Facility, this has been presented herein as CFW Resources, LLC has been included as a guarantor

**DEBTOR(S):** CFW Resources, LLC      **CASE NO:** 19-17634

# Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 12/1/2019 to 12/31/2019

| | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ 61,894 | $ 61894 |
| Less: Discounts, Returns and Allowances **(a)** | ( 0 ) | ( 0 ) |
| **Net Operating Revenue** | $ 61,894 | $ 61894 |
| Cost of Goods Sold | 0 | 0 |
| **Gross Profit** | $ 0 | $ 0 |
| Operating Expenses | | |
|   Officer Compensation | $ 0 | $ 0 |
|   Selling, General and Administrative | 0 | 0 |
|   Rents and Leases | 0 | 0 |
|   Depreciation, Depletion and Amortization | 0 | 0 |
|   Other (list): Production Taxes | 0 | 0 |
| | 0 | 0 |
| Total Operating Expenses | $ 0 | $ 0 |
| **Operating Income (Loss)** | $ 0 | $ 0 |
| Non-Operating Income and Expenses | | |
|   Other Non-Operating Expenses | $ 0 | $ 0 |
|   Gains (Losses) on Sale of Assets | 0 | 0 |
|   Interest Income | 0 | 0 |
|   Interest Expense | 0 | 0 |
|   Other Non-Operating Income | 0 | 0 |
| Net Non-Operating Income or (Expenses) | $ 0 | $ 0 |
| Reorganization Expenses | | |
|   Legal and Professional Fees | $ 0 | $ 0 |
|   Other Reorganization Expense | 0 | 0 |
| Total Reorganization Expenses | $ 0 | $ 0 |
| **Net Income (Loss) Before Income Taxes** | $ 61894 | $ 61894 |
| Federal and State Income Tax Expense (Benefit) | 0 | 0 |
| **NET INCOME (LOSS)** | $ 61894 | $ 61894 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Rev. 01/01/2018

**DEBTOR(S):** CFW Resources, LLC      **CASE NO:** 19-17634

**Form 2-E (Page 1 of 2)**
**SUPPORTING SCHEDULES**
**For Period:** 12/1/2019 to 12/31/2019

### Summary of Post-Petition Taxes

| Type of tax | 1 — Unpaid post-petition taxes from prior reporting month(1) | 2 — Post-petition taxes accrued this month (new obligations) | 3 — Post-petition tax payments made this reporting month | 4 — Unpaid post-petition taxes at end of reporting month (columns 1+2-3) |
|---|---|---|---|---|
| **Federal** | | | | |
| Employee income tax withheld | | | | |
| Employee FICA taxes withheld | | | | |
| Employer FICA taxes | | | | |
| Unemployment taxes | | | | |
| Other: | | | | |
| **State** | | | | |
| Sales, use & excise taxes | | | | |
| Unemployment taxes | | | | |
| Other: | | | | |
| **Local** | | | | |
| Personal property taxes | | | | |
| Real property taxes | | | | |
| Other: | | | | |
| **Total unpaid post-petition taxes** | | | | |

*(1) For first report, the beginning balance in column 1 will be $0; thereafter, beginning balance will be ending balance from prior report.*

### Insurance Coverage Summary (a)

| Type of insurance | Insurance carrier | Coverage amount | Policy expiration date | Premium paid through date |
|---|---|---|---|---|
| Workers' compensation | | | | |
| General liability | | | | |
| Property (fire, theft, etc.) | | | | |
| Vehicle | | | | |
| Other (list): | | | | |
| Other (list): | | | | |

*If any policies were renewed or replaced during reporting period, attach new certificate of insurance.*

**(a)** CFW is a wholly owned subsidiary of PetroShare Corp, see coverage summary at PetroShare Corp Monthly operating report

Page 1 of 2
Rev. 01/01/2018

**DEBTOR(S):** CFW Resources, LLC     **CASE NO:** 19-17634

**Form 2-E (Page 2 of 2)**
**SUPPORTING SCHEDULES**
For Period: 12/1/2019 to 12/31/2019

| Accounts Receivable Aging Summary (attach detailed aging report) | | | | | |
|---|---|---|---|---|---|
| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
| Pre-petition receivables | | | | | |
| Post-petition receivables | | | | | |
| Total | | | | | |

| Post-Petition Accounts Payable Aging Summary (attach detailed aging report) | | | | | |
|---|---|---|---|---|---|
| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
| Trade Payables | | | | | |
| Other Payables | | | | | |
| Total | | | | | |

| SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Court Approval Date | Month-end Balance Due * |
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | | | | |

*Balance due to include fees and expenses incurred but not yet paid.

| SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES** | | | |
|---|---|---|---|
| Payee Name | Position | Nature of Payment | Amount |
| | | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer, or director.

Page 2 of 2
**Footnotes**     Rev. 01/01/2018

**DEBTOR(S):** CFW Resources, LLC    **CASE NO:** 19-17634

# Form 2-F
## QUARTERLY FEE SUMMARY *
**For the Month Ended:** 12/31/2019

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ 0 | | | |
| February | | 0 | | | |
| March | | 0 | | | |
| TOTAL 1st Quarter | | $ 0 $ | | | |
| April | | $ 0 | | | |
| May | | 0 | | | |
| June | | 0 | | | |
| TOTAL 2nd Quarter | | $ 0 $ | | | |
| July | | $ 0 | | | |
| August | | 0 | | | |
| September | | 0 | | | |
| TOTAL 3rd Quarter | | $ 0 $ | | | |
| October | | $ 325 **(a)** | 325 | 1502 | 11/13/2019 0:00 |
| November | | 0 | | | |
| December | | 0 | | | |
| TOTAL 4th Quarter | | $ 325 $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2018)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999.................. | $325 | $225,000 to $299,999................. | $1,950 |
| $15,000 to $74,999.......... | $650 | $300,000 to $999,999................... | $4,875 |
| $75,000 to $149,999........ | $975 | $1,000,000 or more***................ | 1% of quarterly disbursements or $250,000, whichever is less (subject to change after 9/30/2018)*** |
| $150,000 to $224,999...... | $1,625 | | |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

\*\*\* For disbursements in excess of $1,000,000, this amount is subject to annual adjustment. Please refer to
https://www.justice.gov/ust/chapter-11-quarterly-fees

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

**Footnotes**    Rev. 01/01/2018

**(a) This amount represents the payment of the September, 2019 quarterly fee. This amount**
   was paid by PetroShare Corp on behalf of CFW, Resources as CFW does not have any check stock.
   It has been presented herein for presentation purposes, bt is not included in the CFW disbursements at cash rec.

**DEBTOR(S)** CFW Resources, LLC  **CASE NO:** 19-17634

## Form 2-G
## NARRATIVE
**For Period Ending:** 12/31/2019

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

On December 2, 2019, the Debtor duly conducted and concluded an auction for the sale of substantially all of the Debor's assets pursuant to the order approving bid procedures. At the conclusion of the Auction, the Debtors, in their business judgment and in consultation with the Consultation Parties, did not designate a Prevailing Bidder and designated the Prepetition Secured Lenders to be the Backup Bidder. The Debtor did not go forward with the Sale Hearing on December 4. At the final hearing on Debtor's Cash Collateral Motion, the Debtors and interested parties agreed to an order extending Debtor's use of cash collateral to December 11, 2019 [Docket No. 338], which was further extended to December 17, 2019 [Docket No. 356] and December 19, 2019 [Docket No. 366]. The final order on Debtor's cash collateral motion was entered on December 24, 2019 [Docket No. 384]. On December 5, 2019, the Court entered an order authorizing Debtors to retain and pay ordinary course professionals [Docket No. 346]. On December 11, 2019, Tasman Geosciences, M&M Excavation, and Cartel Drilling filed an adversary proceeding against the prepetition secured lenders and Debtor [AP No. 19-01362]. On December 20, 2019, Debtor filed its Joint Plan of Reorganization and Disclosure Statement [Docket Nos. 373 and 374]. The Court denied the Debtor's request to expedite the disclosure statement hearing and set a hearing on approval of the Disclosure Statement for January 31, 2020.

Rev. 01/01/2018

# Analyzed Business Checking

Account number:  **3423**  ■  December 1, 2019 - December 31, 2019  ■  Page 1 of 2



CFW RESOURCES LLC
9635 MAROON CIR STE 400
ENGLEWOOD CO 80112-6149

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 3423 | $26,720.58 | $165,528.75 | $0.00 | $192,249.33 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/02 | 6,719.33 | Deposit Made In A Branch/Store |
| | 12/02 | 61.01 | Deposit Made In A Branch/Store |
| | 12/10 | 151,903.32 | Online Transfer Great Western Revenue Pmt to Cfw Resources Ref #Bb079Tlw38 |
| | 12/30 | 6,845.09 | Deposit Made In A Branch/Store |
| | | **$165,528.75** | **Total electronic deposits/bank credits** |
| | | **$165,528.75** | **Total credits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/30 | 26,720.58 | 12/10 | 185,404.24 | 12/30 | 192,249.33 |
| 12/02 | 33,500.92 | | | | |
| **Average daily ledger balance** | **$141,526.17** | | | | |



IMPORTANT ACCOUNT INFORMATION

We may change the statement period and monthly fee period assigned to your account without advance notification. If your account earns interest, these changes will not affect interest calculations, but they may affect the date we post interest to your account.

Account number:   **3423**   ■   December 1, 2019 - December 31, 2019   ■   Page 2 of 2



For all accounts except business analyzed checking, if the first new fee period created by our change is fewer than 25 days, the bank will automatically waive the monthly service fee for that period.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.