**DEBTOR(S):** CFW Resources, LLC

**CASE NUMBER:** 19-17634

**MONTHLY OPERATING REPORT**
CHAPTER 11

Form 2-A
COVER SHEET

For Period End Date: 5/31/2020

**Accounting Method:** [X] Accrual Basis    [ ] Cash Basis

*THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each Required Document:

Debtor must attach each of the following documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [x] | [ ] | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| [x] | [ ] | 2. Balance Sheet (Form 2-C) |
| [x] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [x] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [x] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [x] | [ ] | 6. Narrative (Form 2-G) |
| [x] | [ ] | 7. Bank Statements for All Bank Accounts *(Redact all but last 4 digits of account number and remove check images)* |
| [x] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |
| [x] | [ ] | 9. Evidence of insurance for all policies renewed or replaced during month |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: 06/22/2020    **Print Name:** Paul D. Maniscalco

**Signature:** /s/

**Title:** Consultant to CFW Resources

Rev. 01/01/2018

**DEBTOR(S)** CFW Resources, LLC            **CASE NO:** 19-17634

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 5/1/2020 to 5/31/2020

**CASH FLOW SUMMARY**

|   | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 252,138 (1) | $ 252,138 (1) |
| 2. Cash Receipts | | |
|    Operations | 6,125 | 119,133 |
|    Sale of Assets | - | - |
|    Loans/advances | - | - |
|    Collection of AR | - | 103,365 |
|    Total Cash Receipts | $ 6,125 | $ 222,498 |
| 3. Cash Disbursements | | |
|    Operations | - | - |
|    Debt Service/Secured loan payment | - | - |
|    Professional fees/U.S. Trustee fees | - | - |
|    Professional fees paid from retainer (e.g. COLTAF accts) | - | - |
|    Other | - | - |
|    Total Cash Disbursements | $ - | $ - |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 6,125 | 6,125 |
| 5. Ending Cash Balance (to Form 2-C) | $ 258,263 (2) | $ 258,263 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| DIP - CHECKING - 3423 | Wells Fargo | $ 258,263 |
| DIP Operating Account | | 0 |
| DIP State Tax Account | | 0 |
| DIP Payroll Account | | 0 |
| Other Operating Account | | 0 |
| Retainers held by professionals (i.e. COLTAF) | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 258,263 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case and retainers. Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

**Footnotes**                                                                 Rev. 01/01/2018

**(a)** Note (PetroShare Corp and CFW Resources are jointly administered), therefore all professional fees related to the bankruptcy filing are paid by PetroShare Corp as a debtor in possession.

**DEBTOR(S):** CFW Resources, LLC  **CASE NO:** 19-17634

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 5/1/2020 to 5/31/2020

**CASH RECEIPTS DETAIL**  **Account No:** 1995813423
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 5/12/2020 | PDC ENERGY | REVENUE | 6,124.87 |
| | | **Total Cash Receipts** | $ 6,124.87 (1) |

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Rev. 01/01/2018

| | | |
|---|---|---|
| **AR OS at 11.30.2019** | 103,635 | |
| | -97,510.13 | Revenue and or revenue suspense |
| **Total Cash Receipts** | 6,125 | (ties to above) |

**DEBTOR(S):** CFW Resources, LLC　　　　　　　　　**CASE NO:** 19-17634

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 5/1/2020 to 5/31/2020

**CASH DISBURSEMENTS DETAIL**　　　**Account No:** #
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|-----------------------|--------|
|      |           |       |                       | $      |

　　　　　　　　　　　　　　　　　　　　**Total Cash Disbursements**　　$ 0 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*　　Rev. 01/01/2018

| DEBTOR(S): | CFW Resources, LLC | CASE NO: | 19-17634 |
|---|---|---|---|

**Form 2-C**
## COMPARATIVE BALANCE SHEET
**For Period Ended:** 5/31/2020

| | Current Month | Petition Date (1) |
|---|---:|---:|
| **ASSETS** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $ 258,263 | $ 12,429 |
| Accounts Receivable (from Form 2-E) | - | 103,635 |
| Receivable from Officers, Employees, Affiliates | - | - |
| Inventory | - | - |
| Other Current Assets :(List)   Intercompany | 364,630 | 397,032 |
| | - | - |
| Total Current Assets | $ 622,893 | $ 513,096 |
| Fixed Assets: | | |
| Land | $ - | $ - |
| Building | - | - |
| Equipment, Furniture and Fixtures | - | - |
| Total Fixed Assets | - | - |
| Less: Accumulated Depreciation | ( - ) | ( - ) |
| Net Fixed Assets | $ - | $ - |
| Other Assets (List): | - | - |
| | - | - |
| **TOTAL ASSETS** | $ 622,893 | $ 513,096 |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ - | $ - |
| Post-petition Accrued Professional Fees (from Form 2-E) | - | - |
| Post-petition Taxes Payable (from Form 2-E) | - | - |
| Post-petition Notes Payable | - | - |
| Other Post-petition Payable(List): Revenue to be allocated | - | - |
| | - | - |
| Total Post Petition Liabilities | $ - | $ - |
| Pre Petition Liabilities: | | |
| Secured Debt (a) | 14,300,715 | 14,300,715 |
| Priority Debt | - | - |
| Unsecured Debt (b) | (64,815) | 8,474 |
| Total Pre Petition Liabilities | $ 14,235,900 | $ 14,309,189 |
| **TOTAL LIABILITIES** | $ 14,235,900 | $ 14,309,189 |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ - | $ - |
| Retained Earnings - Prepetition | (13,768,639) | (13,796,093) |
| Retained Earnings - Post-petition | 155,632 | - |
| **TOTAL OWNERS' EQUITY** | $ (13,613,007) | $ (13,796,093) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 622,893 | $ 513,096 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Rev. 01/01/2018

**Footnotes**
(a) This amount represents the outstanding balance of the Sr. Secured Credit Facility, this has been presented herein as CFW Resources, LLC has been included as a guarantor
(b) Amount represents undistributed revenues receivable has been recorded on PetroShare ledger through intercompany

**DEBTOR(S):**   CFW Resources, LLC              **CASE NO:** 19-17634

# Form 2-D
# PROFIT AND LOSS STATEMENT
**For Period** 5/1/2020 **to** 5/31/2020

|  | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ 6,125 | $ 155,362 |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( 0 ) |
| **Net Operating Revenue** | $ 6,125 | $ 155,362 |
| Cost of Goods Sold | 0 | 0 |
| **Gross Profit** | $ 6,125 | $ 155,362 |
| Operating Expenses | | |
|    Officer Compensation | $ 0 | $ 0 |
|    Selling, General and Administrative | 0 | 0 |
|    Rents and Leases | 0 | 0 |
|    Depreciation, Depletion and Amortization | 0 | 0 |
|    Other (list):   Production Taxes | 0 | 1757 |
|     | 0 | 0 |
| **Total Operating Expenses** | $ 0 | $ 1757 |
| **Operating Income (Loss)** | $ 6,125 | $ 153,605 |
| Non-Operating Income and Expenses | | |
|    Other Non-Operating Expenses | $ 0 | $ 0 |
|    Gains (Losses) on Sale of Assets | 0 | 0 |
|    Interest Income | 0 | 0 |
|    Interest Expense | 0 | 0 |
|    Other Non-Operating Income | 0 | 0 |
| Net Non-Operating Income or (Expenses) | $ 0 | $ 0 |
| Reorganization Expenses | | |
|    Legal and Professional Fees | $ 0 | $ 0 |
|    Other Reorganization Expense | 0 | 0 |
| Total Reorganization Expenses | $ 0 | $ 0 |
| **Net Income (Loss) Before Income Taxes** | $ 6,125 | $ 153,605 |
| Federal and State Income Tax Expense (Benefit) | 0 | 0 |
| **NET INCOME (LOSS)** | $ 6,125 | $ 153,605 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Rev. 01/01/2018

**DEBTOR(S):** CFW Resources, LLC  **CASE NO:** 19-17634

**Form 2-E (Page 1 of 2)**
**SUPPORTING SCHEDULES**
**For Period:** 5/1/2020 to 5/31/2020

### Summary of Post-Petition Taxes

| Type of tax | 1 — Unpaid post-petition taxes from prior reporting month(1) | 2 — Post-petition taxes accrued this month (new obligations) | 3 — Post-petition tax payments made this reporting month | 4 — Unpaid post-petition taxes at end of reporting month (columns 1+2-3) |
|---|---|---|---|---|
| **Federal** | | | | |
| Employee income tax withheld | | | | |
| Employee FICA taxes withheld | | | | |
| Employer FICA taxes | | | | |
| Unemployment taxes | | | | |
| Other:_____ | | | | |
| **State** | | | | |
| Sales, use & excise taxes | | | | |
| Unemployment taxes | | | | |
| Other:_____ | | | | |
| **Local** | | | | |
| Personal property taxes | | | | |
| Real property taxes | | | | |
| Other:_____ | | | | |
| **Total unpaid post-petition taxes** | | | | |

*(1) For first report, the beginning balance in column 1 will be $0; thereafter, beginning balance will be ending balance from prior report.*

### Insurance Coverage Summary (a)

| Type of insurance | Insurance carrier | Coverage amount | Policy expiration date | Premium paid through date |
|---|---|---|---|---|
| Workers' compensation | | | | |
| General liability | | | | |
| Property (fire, theft, etc.) | | | | |
| Vehicle | | | | |
| Other (list): | | | | |
| Other (list): | | | | |

*If any policies were renewed or replaced during reporting period, attach new certificate of insurance.*

**(a)** CFW is a wholly owned subsidiary of PetroShare Corp, see coverage summary at PetroShare Corp Monthly operating report

Page 1 of 2
Rev. 01/01/2018

**DEBTOR(S):** CFW Resources, LLC     **CASE NO:** 19-17634

**Form 2-E (Page 2 of 2)**
**SUPPORTING SCHEDULES**
**For Period:** 5/1/2020 **to** 5/31/2020

| Accounts Receivable Aging Summary (attach detailed aging report) | | | | | |
|---|---|---|---|---|---|
| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
| Pre-petition receivables | | | | | |
| Post-petition receivables | | | | | |
| Total | | | | | |

| Post-Petition Accounts Payable Aging Summary (attach detailed aging report) | | | | | |
|---|---|---|---|---|---|
| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
| Trade Payables | | | | | |
| Other Payables | | | | | |
| Total | | | | | |

| SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Court Approval Date | Month-end Balance Due * |
| Debtor's Counsel | $ | $ | $ | | $ |
| Counsel for Unsecured Creditors' Committee | | | | | |
| Trustee's Counsel | | | | | |
| Accountant | | | | | |
| Other: | | | | | |
| Total | $ | | | | |

*Balance due to include fees and expenses incurred but not yet paid.

| SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES** | | | |
|---|---|---|---|
| Payee Name | Position | Nature of Payment | Amount |
| | | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer, or director.

Page 2 of 2
Rev. 01/01/2018

**Footnotes**

**DEBTOR(S):** CFW Resources, LLC         **CASE NO:** 19-17634

**Form 2-F**
**QUARTERLY FEE SUMMARY ***
**For the Month Ended:** 5/31/2020

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January |  | $ 0 |  |  |  |
| February |  | 0 |  |  |  |
| March |  | 0 |  |  |  |
| TOTAL 1st Quarter | $ | 0 $ |  |  |  |
| April |  | $ 0 |  |  |  |
| May |  | 0 |  |  |  |
| June |  | 0 |  |  |  |
| TOTAL 2nd Quarter | $ | 0 $ |  |  |  |
| July |  | $ 0 |  |  |  |
| August |  | 0 |  |  |  |
| September |  | 0 |  |  |  |
| TOTAL 3rd Quarter | $ | 0 $ |  |  |  |
| October |  | $ |  |  |  |
| November |  | 0 |  |  |  |
| December |  | 0 |  |  |  |
| TOTAL 4th Quarter | $ | 0 $ |  |  |  |

### FEE SCHEDULE (as of JANUARY 1, 2018)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999.................. | $325 | $225,000 to $299,999................. | $1,950 |
| $15,000 to $74,999.......... | $650 | $300,000 to $999,999................. | $4,875 |
| $75,000 to $149,999........ | $975 | $1,000,000 or more***................ | 1% of quarterly disbursements or $250,000, whichever is less (subject to change after 9/30/2018)*** |
| $150,000 to $224,999...... | $1,625 |  |  |

\*   This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\*  Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts

\*\*\* For disbursements in excess of $1,000,000, this amount is subject to annual adjustment. Please refer to
      https://www.justice.gov/ust/chapter-11-quarterly-fees

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

**Footnotes**                                                                                                        Rev. 01/01/2018

**DEBTOR(S)** CFW Resources, LLC　　　　　　　　　　**CASE NO:** 19-17634

**Form 2-G**
**NARRATIVE**
**For Period Ending:** 5/31/2020

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

On May 1, 2020, the Court entered an order approving modifications to the Debtor's Plan of Liquidation and establishing deadlines for resolicitation [Docket No. 572]. On May 14, 2020, the Court entered an order sustaining the Debtor's objection to BJ Services' secured claim, reducing the amount of BJ Services' claim and reclassifying the claim as a general unsecured claim [Docket No. 578]. On May 22, 2020, the Court held a hearing on confirmation of the Debtor's plan and entered an order confirming Debtor's Plan [Docket No. 595].

Rev. 01/01/2018

# Analyzed Business Checking

| Account number: | **3423** | ■ May 1, 2020 - May 31, 2020 | ■ Page 1 of 2 |



CFW RESOURCES LLC
9635 MAROON CIR STE 400
ENGLEWOOD CO 80112-6149

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 3423 | $252,138.45 | $6,124.87 | $0.00 | $258,263.32 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/12 | 6,124.87 | Deposit Made In A Branch/Store |
| | | **$6,124.87** | **Total electronic deposits/bank credits** |
| | | **$6,124.87** | **Total credits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 04/30 | 252,138.45 | 05/12 | 258,263.32 |
| **Average daily ledger balance** | | **$256,089.97** | |



IMPORTANT ACCOUNT INFORMATION

Effective June 20, 2020, we are updating the Funds Availability Policy in our Commercial Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

Account number:    **3423**  ■  May 1, 2020 - May 31, 2020  ■  Page 2 of 2

**WELLS FARGO**

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0001832
Sheet 00002 of  00002

CFW RESOURCES - Wells Fargo Bank
Corporate Bank Reconciliation
5/31/20

Prepared by: M Temple
Reviewed by:

|  | Beginning Balance 4/30/2020 | Deposits & Interest | Checks & Withdrawals | Ending Balance 5/31/2020 |
|---|---|---|---|---|
| Per bank statement: | $ 252,138.45 | $ 6,124.87 | $ - | $ 258,263.32 |
| Deposits in transit: Beginning | - | - |  | - |
| Ending | - |  |  | - |
| Outstanding checks: Beginning | - |  | - | - |
| Ending |  |  | - | - |
| Per cash book | $ 252,138.45 | $ 6,124.87 | $ - | $ 258,263.32 |

Deposits in transit:  Bank fees & adjustments:

| | |
|---|---|
| - | |
| - | - |
| $ - | $ - |

Outstanding checks:

-