## POST CONFIRMATION QUARTERLY REPORT

**DEBTOR(S):** CFW Resources

**CASE NO:** KHT - 19-17634

**FOR QUARTER ENDED:** 06/30/2020 as of 05/31/2020

### SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

1. CASH BALANCE, BEGINNING OF QUARTER — $ 211291 (1)
2. CASH RECEIPTS DURING QUARTER FROM ALL SOURCES — 46972
3. CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS — ( )
4. CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT) — $ 258263 (1)

### SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| | Paid During Quarter | Total Paid to Date | Total Payments Projected Under Plan |
|---|---|---|---|
| **1. ADMINISTRATIVE EXPENSES**\*\* | | | |
| Plan Trustee Compensation | $ 0 | $ 0 | $ 0 |
| Plan Trustee Expense | 0 | 0 | 0 |
| Attorney Fees - Trustee\*\* | 0 | 0 | 0 |
| Attorney Fees - Debtor\*\* | 0 | 0 | 0 |
| Other Professionals\*\* | 0 | 0 | 0 |
| Other Administrative Expenses\*\* | 0 | 0 | 0 |
| TOTAL ADMINISTRATIVE EXPENSES | $ 0 | $ 0 | $ 0 |
| 2. SECURED CREDITORS | $ 0 | $ 0 | $ 0 |
| 3. PRIORITY CREDITORS | $ 300 | $ 300 | $ 300 |
| 4. UNSECURED CREDITORS | $ 0 | $ 0 | $ 0 |
| 5. EQUITY SECURITY HOLDERS | $ 0 | $ 0 | $ 0 |
| 6. OTHER: | $ 0 | $ 0 | $ 0 |
| **TOTAL PLAN PAYMENTS (lines 1 - 6)** | $ 300 | $ 300 | $ 300 |

| | Amount | Date | Check No. |
|---|---|---|---|
| **QUARTERLY FEE PAID:** | $ 325 \* | | |

\* Paid CHK# 1514 Dated 6/12/20

### PLAN STATUS:

| | | Yes | No |
|---|---|---|---|
| 1. | Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.) | X | ☐ |
| 2. | Are all post-confirmation obligations current? (If no, attach explanation.) | X | ☐ |
| 3. | Projected date of application for final decree: 16-Jun-20 | | |

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Attach additional sheets as necessary

CFW RESOURCES LLC
Reorganized Debtor
By: [signature]
Frederick J. Witsell
Title: Manager

Email & Phone: 303-500-1160

(1) Cash balances include retainers held by professionals (i.e. COLTAF accounts).

Form 3
Rev. 1/15/14

**Footnotes**
\*\* Whereas CFW Resources KHT 19-17634 has been jointly administered with PetroShare Corp KHT 19-17633 all administrative expenses have been paid by PetroShare Corp