**POST CONFIRMATION QUARTERLY REPORT**

**DEBTOR(S):** CFW Resources

**CASE NO:** KHT - 19-17634

**FOR QUARTER ENDED:** 06/30/2020 as of 06/22/2020

**SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:**

| | | | |
|---|---|---:|---|
| 1. | CASH BALANCE, BEGINNING OF QUARTER | $ 211,291 | (1) |
| 2. | CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | 51,268 | |
| 3. | CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | ( 300 ) | |
| 4. | CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT) | $ 262,859 | (1) |

**SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:**

| | | Paid During Quarter | Total Paid to Date | Total Payments Projected Under Plan |
|---|---|---:|---:|---:|
| 1. | **ADMINISTRATIVE EXPENSES*** | | | |
| | Plan Trustee Compensation | $ 0 | $ 0 | $ - |
| | Plan Trustee Expense | 0 | 0 | - |
| | Attorney Fees - Trustee** | 0 | 0 | - |
| | Attorney Fees - Debtor** | 0 | 0 | - |
| | Other Professionals** | 0 | 0 | - |
| | Other Administrative Expenses** | 0 | 0 | - |
| | TOTAL ADMINISTRATIVE EXPENSES | $ 0 | $ 0 | $ - |
| 2. | SECURED CREDITORS ** | $ 0 | $ 0 | $ 262,559 |
| 3. | PRIORITY CREDITORS | $ 300 | $ 300 | $ 300 |
| 4. | UNSECURED CREDITORS | $ 0 | $ 0 | $ - |
| 5. | EQUITY SECURITY HOLDERS | $ 0 | $ 0 | $ - |
| 6. | OTHER: | $ 0 | $ 0 | $ - |
| | **TOTAL PLAN PAYMENTS (lines 1 - 6)** | $ 300 | $ 300 | $ 262,859 |

| | Amount | Date | Check No. |
|---|---:|---|---:|
| **QUARTERLY FEE PAID:** | $ 325 | 6/12/2020 0:00 | 1514 |

**PLAN STATUS:**                                                                                           Yes  No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)   X  ☐

2. Are all post-confirmation obligations current? (If no, attach explanation.)   X  ☐

3. Projected date of application for final decree:   16-Jun-20

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Attach additional sheets as necessary

CFW Resources, LLC
Reorganized Debtor
By: _[signature]_
Manager
Title

Email & Phone: 303-500-1160

(1) Cash balances include retainers held by professionals (i.e. COLTAF accounts).

Form 3
Rev. 1/15/14

**Footnotes**
* Whereas CFW Resources KHT 19-17634 has been jointly administered with PetroShare Corp KHT 19-17633 all administrative expenses have been paid by PetroShare Corp
** Senior Creditor and Plan Sponsor swept the CFW account on 6/22/20 pursuant to the Plan.